1  MORGAN, LEWIS & BOCKIUS LLP
   CARRIE A. GONELL, State Bar No. 257163
2  5 Park Plaza, Suite 1750
   Irvine, CA 92614
3  Tel: 949.399.7000
   Fax: 949.399.7001
4  e-mail: cgonell@morganlewis.com

5  Attorneys for Defendants
   JPMORGAN CHASE & CO., JPMORGAN CHASE
6  BANK, N.A., and EMC MORTGAGE CORP.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 MARY ANN ADLAO, and MARIAN           Case No. CV 10-4508-EMC
   WILLIAMS, individually, on behalf of
12 others similarly situated, and on behalf of   Assigned For All Purposes To:
   the general public,                    Hon. Edward M. Chen
13
                  Plaintiffs,           STIPULATION TO EXTEND TIME TO
14                                      RESPOND TO INITIAL COMPLAINT  ; ORDER
            vs.
15                                      Complaint Served:        Oct. 7, 2010
   JPMORGAN CHASE & CO.,                Current Response Date:   Oct. 28, 2010
16 JPMORGAN CHASE BANK, N.A., and       New Response Date:       Nov. 11, 2010
   EMC MORTGAGE CORP., as successors
17 in interest to BEAR STEARNS, INC. and
   ENCORE CREDIT CORP., and Does 1-
18 50, inclusive

19                Defendants.

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22011843.1                                    STIPULATION TO EXTEND TIME TO
                                                  RESPOND TO INITIAL COMPLAINT

## STIPULATION

Pursuant to Civil Local Rule 6-1(a) for the United States District Court for the Northern District of California, Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and EMC Mortgage Corp. ("Defendants"), and Plaintiffs Mary Ann Adlao and Marian Williams ("Plaintiffs"), by and through their respective counsel, hereby Stipulate as follows:

WHEREAS, Plaintiffs' initial complaint in this action was filed on October 5, 2010 and served on Defendants on October 7, 2010;

WHEREAS, Defendants' deadline to respond to Plaintiffs' initial complaint is currently October 28, 2010;

WHEREAS, as a one-time, professional courtesy, Plaintiff has agreed to consent to Defendants' request for a two-week extension of time, up to and including November 11, 2010, for Defendants to respond to Plaintiffs' initial complaint; and

WHEREAS, no prior extensions of time have been requested or granted, and said extension will not alter the date of any event or deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED that Defendants' time within which to respond to the initial Complaint shall be continued fourteen (14) days, from October 28, 2010 to November 11, 2010.

IT IS SO STIPULATED.

Dated: October 28, 2010                   MORGAN, LEWIS & BOCKIUS LLP

                                          By ___/S/ Carrie A. Gonell_____
                                              Carrie A. Gonell
                                              Attorneys for Defendants
                                              JPMORGAN CHASE & CO.,
                                              JPMORGAN CHASE BANK, N.A., and
                                              EMC MORTGAGE CORP.

Dated: October 28, 2010                   BRYAN SCHWARTZ LAW

                                          By ___/S/ Bryan Schwartz_____
                                              Bryan Schwartz, Esq.
                                              Hillary J. Baker, Esq.
                                              Attorneys for Plaintiffs
                                              MARY ANN ADLAO and MARIAN
                                              WILLIAMS

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22011845.1

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

## PROOF OF SERVICE

*Adlao v. JPMorgan Chase & Co., et al.*
USDC-Northern District Case No. CV 10-4508

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On October 28, 2010, I served on the interested parties in this action the within document(s) entitled:

**STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT**

[  ]   **BY FAX: -** by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ]   **BY MAIL: -** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]   **BY OVERNIGHT MAIL - By FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[  ]   **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED** – By placing true copy(ies) thereof in sealed envelope(s) with Certified Mail, Return Receipt Requested, postage thereon fully prepaid and by causing such envelope(s) to be deposited in the mail at 5 Park Plaza, Suite 1750, Irvine, California 92614.

[  ]   **BY ELECTRONIC SERVICE -** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on October 28, 2010.  The transmission was reported as complete and without error.  My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614.  My e-mail address is dghani@morganlewis.com.

[ X ]   **BY E-FILE** – I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

DB2/21999653.1

1

2

3

4

5

6

7

| Bryan Schwartz, Esq.<br>Hillary J. Baker, Esq.<br>BRYAN SCHWARTZ LAW<br>180 Grand Ave., Suite 1550<br>Oakland, CA  94612<br>Tel:  (510) 444-9300<br>Fax: (510) 444-9301<br>Bryan@BryanSchwartzLaw.com<br>Hillary@BryanSchwartzLaw.com | *Attorneys for Plaintiffs MARY ANN ADLAO*<br>*and MARIAN WILLIAMS* |
| --- | --- |

8

9

    [ X ] **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

10

    Executed on October 28, 2010, at Irvine, California.

11

12

                                                     Diane C. Ghani

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DB2/21999653.1

-2-

PROOF OF SERVICE