1

2                    UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                              OAKLAND DIVISION

5

| | |
|---|---|
| 6  MARY ANN ADLAO and MARY WILLIAMS, individually and on behalf of all others similarly situated, and on behalf of the general public, | Case No:  C 10-4508 SBA |
| 7 | **ORDER MODIFYING BRIEFING SCHEDULE** |
| 8              Plaintiffs, | |
| 9        vs. | |
| 10 JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., and EMC MORTGAGE CORP., as successors in interest to BEAR STEARNS, INC., and ENCORE CREDIT CORP., and Does 1-59, inclusive, | |
| 11 | |
| 12 | |
| 13 | |
| 14              Defendants. | |

15

16    This matter is scheduled for hearing on June 21, 2011, for Plaintiffs' Motion and

17 Motion for Conditional Certification and Court-Authorized Notice Pursuant to 29 U.S.C.

18 § 216(B), and for Equitable Tolling.  Dkt. 43.  To expedite matters, the Court revises the

19 briefing schedule specified in Civil Local Rule 7-3 as follows:

20    1.    Any opposition to the motion shall be filed by no than <u>April 29, 2011</u>.  **The**

21 **failure to timely file an opposition may be construed as a consent to the granting of the**

22 **motion**.

23    2.    Any reply shall be filed by no later than <u>May 6, 2011</u>.

24    3.    The Court, in its discretion, may decide the motion without oral argument,

25 pursuant to Federal Rule of Civil Procedure 78(b), in which case no appearance for the motion

26 or Case Management Conference will be necessary.  The parties are advised to check the

27 Court's website to determine whether a court appearance is required.

28

IT IS SO ORDERED.

Dated: April 12, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge