UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY ANN ADLAO and MARY WILLIAMS, individually and on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., and EMC MORTGAGE CORP., as successors in interest to BEAR STEARNS, INC., and ENCORE CREDIT CORP., and Does 1-59, inclusive,<br><br>Defendants. | Case No:  C 10-4508 SBA<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME**<br><br>Dkt. 51 |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1.   Defendants' motion to change time is GRANTED.

2.   By no later than <u>May 13, 2011</u>, Defendants shall refile their Motion to Compel Arbitration and Stay Judicial Proceedings and incorporate the Supreme Court's recent decision in <u>AT&T Mobility LLC v. Concepcion</u>, No. 09-893, 2011 WL 1561956 (April 27, 2011), to the extent that it is applicable to the issues presented in the motion. Said memorandum will supersede Docket 46, which will be terminated.  The motion may not exceed fifteen (15) pages in length.  Defendants need not refile their supporting declarations; however, Defendants' revised memorandum shall include citations to the

Docket number that corresponds to each declaration.  Plaintiffs' opposition shall be filed May 27, 2011, and Defendants' reply, shall be filed by June 3, 2011.  The opposition and reply may not exceed fifteen (15) and ten (10) pages, respectively.  The motion hearing date of June 21, 2011, shall remain unchanged.  The Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether an appearance is required.

       3.     Plaintiffs' Motion for Conditional Certification (Dkt. 43) shall be held in ABEYANCE pending further order of the Court.  The hearing on the motion scheduled for June 21, 2011, is VACATED.

       4.     This Order terminates Docket 46 and 51.

IT IS SO ORDERED.

Dated:  May 4, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge