1 | Attorneys Listed on the Following Page

2 | UNITED STATES DISTRICT COURT

3 | NORTHERN DISTRICT OF CALIFORNIA

4 | OAKLAND DIVISION

| | |
|---|---|
| MARY ANN ADLAO, and MARIAN WILLIAMS, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No.: CV 10-04508 SBA |
| | **STIPULATION AND ORDER STAYING OF ALL DEADLINES PENDING MEDIATION** |
| Plaintiffs, | |
| vs. | **Currently Scheduled Hearing:** |
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., and EMC MORTGAGE CORP., as successors in interest to BEAR STEARNS, INC., and ENCORE CREDIT CORP., and DOES 1 through 50, inclusive, | Date:  June 21, 2011<br>Time:  1:00 p.m.<br>Dept.:  Courtroom 1, 4th Floor<br><br>Hon. Saundra Brown Armstrong |
| Defendants. | |

1 | BRYAN SCHWARTZ (SBN 209903)
Bryan@BryanSchwartzLaw.com
2 | HILLARY JO BAKER (SBN 265019)
Hillary@BryanSchwartzLaw.Com
3 | BRYAN SCHWARTZ LAW
180 Grand Avenue, Suite 1550
4 | Oakland, CA  94612
(510) 444-9300
5 | (510) 444-9301 (Fax)

6 | DAVID BORGEN (SBN 099354)
dborgen@gdblegal.com
7 | JOSEPH E. JARAMILLO (SBN 178566)
jjaramillo@gdblegal.com
8 | JASON H. TARRICONE (SBN 247506)
jtarricone@gdblegal.com
9 | ROBERTO CONCEPCIÓN, JR., (SBN 271517)
rconcepcion@gdblegal.com
10 | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
11 | Oakland, CA  94612
(510) 763-9800
12 | (510) 835-1417 (fax)

13 | Attorneys for Individual and Representative Plaintiffs

14 | ERIC MECKLEY, State Bar No. 168181
MORGAN, LEWIS & BOCKIUS LLP
15 | One Market, Spear Street Tower
San Francisco, CA 94105-1126
16 | Telephone: 415.442.1000
Facsimile: 415.442.1001
17 | E-mail: emeckley@morganlewis.com

18 |
JENNIFER A. LOCKHART, State Bar No. 236972
19 | MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
20 | 3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
21 | Telephone: 650.843.4000
Facsimile: 650.843.4001
22 | E-mail: jlockhart@morganlewis.com
23 | Attorneys for Defendants
JPMORGAN CHASE & CO., JPMORGAN CHASE
24 | BANK, N.A., and EMC MORTGAGE CORP.
25 | Attorneys for Defendants

26

27

28

Plaintiffs Mary Ann Adlao ("Adlao") and Marian Williams ("Williams") (together as "Plaintiffs") and Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and EMC Mortgage Corp. (together as "Defendants") (Plaintiffs and Defendants are referred to together as the "Parties") hereby stipulate and agree as follows:

1. Whereas Plaintiffs filed a motion for conditional certification under §216(b) of the Fair Labor Standards Act on March 24, 2011 (Dkt. #43), which is currently pending and held in abeyance pending Defendants' motion to compel arbitration;

2. Whereas Defendants filed a renewed motion to compel arbitration on April 13, 2011 (Dkt. #46), which is currently pending and set to be heard on June 21, 2011; and

3. Whereas Plaintiffs' response to Defendants' motion to compel is due by May 27, 2011, and Defendants' reply is due by June 3, 2011 (Dkt. #62);

4. Whereas a Case Management Conference is currently scheduled for June 16, 2011 at 3:15 p.m.; and

5. Whereas the Parties desire to focus their efforts and attention immediately on Alternative Dispute Resolution and determining whether a mediated settlement of this matter is possible. The Parties have scheduled a mediation in San Francisco <u>on June 29, 2011</u>, with a highly-experienced, neutral third party, Michael Dickstein; and

6. Whereas focusing on litigation of the pending motion(s) while mediation efforts are proceeding (a) is both needlessly costly and potentially counter-productive for the Parties, and (b) would potentially result in the unnecessary expenditure of judicial resources;

THEREFORE it is hereby stipulated by the Parties that all pending motions, deadlines, and scheduled hearings and conferences in the above-referenced matter will be stayed immediately pending the completion of the currently-scheduled mediation process. Plaintiffs will notify the Court within

1  five (5) court days following the mediation date regarding the success or failure of mediation, at which
2  time the Court may issue a further case and/or briefing schedule as appropriate.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated:  May 25, 2011 | /s/*Bryan Schwartz* |
| 3 | _____ |
|  | Bryan Schwartz (SBN 209903) |
| 4 | Bryan@BryanSchwartzLaw.com |
|  | Hillary Jo Baker (SBN 265019) |
| 5 | Hillary@BryanSchwartzLaw.Com |
|  | BRYAN SCHWARTZ LAW |
| 6 | 180 Grand Avenue, Suite 1550 |
|  | Oakland, CA  94612 |
| 7 | (510) 444-9300 |
|  | (510) 444-9301 (Fax) |
| 8 | |
|  | DAVID BORGEN (SBN 099354) |
| 9 | dborgen@gdblegal.com |
|  | JASON H. TARRICONE (SBN 247506) |
| 10 | jtarricone@gdblegal.com |
|  | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & |
| 11 |     DARDARIAN |
|  | 300 Lakeside Drive, Suite 1000 |
| 12 | Oakland, CA  94612 |
|  | (510) 763-9800 |
| 13 | (510) 835-1417 (Fax) |
| 14 | Attorneys for Individual and Representative Plaintiffs |
|  Dated: May 25, 2011 | Respectfully submitted, |
| 15 | |
|  | /s/ *Eric Meckley* |
| 16 | |
|  | _____ |
| 17 | ERIC MECKLEY, State Bar No. 168181 |
|  | MORGAN, LEWIS & BOCKIUS LLP |
| 18 | One Market, Spear Street Tower |
|  | San Francisco, CA 94105-1126 |
| 19 | Telephone: 415.442.1000 |
|  | Facsimile: 415.442.1001 |
| 20 | E-mail: emeckley@morganlewis.com |
| 21 | |
|  | JENNIFER A. LOCKHART, State Bar No. 236972 |
| 22 | MORGAN, LEWIS & BOCKIUS LLP |
|  | 2 Palo Alto Square |
| 23 | 3000 El Camino Real, Suite 700 |
|  | Palo Alto, CA 94306-2122 |
| 24 | Telephone: 650.843.4000 |
|  | Facsimile: 650.843.4001 |
| 25 | E-mail: jlockhart@morganlewis.com |
| 26 | Attorneys for Defendants |
|  | JPMORGAN CHASE & CO., JPMORGAN CHASE |
| 27 | BANK, N.A., and EMC MORTGAGE CORP. |
| 28 | |

1  Pursuant to stipulation, it is so ordered.
2
3
4  _____*Saundra B. Armstrong*_____    ____5/31/11
   Hon. Saundra Brown Armstrong          Date
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28