BRYAN SCHWARTZ (SBN 209903)
Bryan@BryanSchwartzLaw.com
HILLARY JO BAKER (SBN 265019)
Hillary@BryanSchwartzLaw.Com
BRYAN SCHWARTZ LAW
180 Grand Avenue, Suite 1550
Oakland, CA  94612
(510) 444-9300
(510) 444-9301 (Fax)

Attorneys for Individual and Representative Plaintiffs

ERIC MECKLEY, State Bar No. 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: emeckley@morganlewis.com

Attorneys for Defendants
JPMORGAN CHASE & CO., JPMORGAN CHASE
BANK, N.A., and EMC MORTGAGE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY ANN ADLAO, and MARIAN WILLIAMS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>            Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., and EMC MORTGAGE CORP., as successors in interest to BEAR STEARNS, INC., and ENCORE CREDIT CORP., and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: CV 10-04508 SBA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Currently Scheduled Case Management Conference:**<br><br>**Date:  July 14, 2011**<br>**Time:  3:00 p.m.**<br>**Dept.:  Courtroom 1, 4th Floor**<br><br>**Hon. Saundra Brown Armstrong** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22540384.1

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO.: CV 10-04508 SBA

# **STIPULATION**

Pursuant to Civil Local Rule 6-1(a) for the United States District Court for the Northern District of California, Plaintiffs Mary Ann Adlao and Marian Williams ("Plaintiffs") and Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and EMC Mortgage Corp. ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, the Parties attended a mediation on June 29, 2011, with mediator Michael Dickstein and reached a proposed class settlement of the above-referenced action;

2. WHEREAS, the Parties are currently working to draft and finalize the formal class settlement documents;

3. WHEREAS, Plaintiffs are preparing a motion for preliminary approval of the settlement, which Plaintiffs intend to file by late July or early August 2011;

4. WHEREAS, a Case Management Conference is currently scheduled for July 14, 2011 at 3:00 p.m.;

THEREFORE, in order to conserve and make best use of the time and resources of the Court and the Parties, the Parties request that the Court continue the Case Management Conference currently scheduled for July 14, 2011, until at least early September 2011 to allow the Parties to finalize the class settlement documents and to allow Plaintiffs to file a motion for preliminary approval of the settlement.

IT IS SO STIPULATED.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE
CASE NO.: CV 10-04508 SBA

DB2/ 22540384.1

| | |
|---|---|
| Dated: July 7, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  /S/ Eric Meckley |
| | Eric Meckley |
| | Jennifer Lockhart |
| | Attorneys for Defendants |
| | JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., and EMC MORTGAGE CORP. |
| Dated: July 7, 2011 | BRYAN SCHWARTZ LAW |
| | By  /S/ Bryan Schwartz |
| | Bryan Schwartz, Esq. |
| | Hillary J. Baker, Esq. |
| | Attorneys for Plaintiffs |
| | MARY ANN ADLAO and MARIAN WILLIAMS |

Pursuant to stipulation, IT IS SO ORDERED.

The Case Management Conference currently scheduled for July 14, 2011 is hereby continued to September 29, 2011, at 3:45 p.m. via telephone. A joint case management conference statement must be filed with the Court no later than seven (7) days in advance of the conference.

7/11/11  
Date

*Saundra B. Armstrong*  
Hon. Saundra Brown Armstrong

-2-   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE  
Case No.: CV 10-04508 SBA

DB2/ 22540384.1