UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY ANN ADLAO and MARY WILLIAMS, individually and on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., and EMC MORTGAGE CORP., as successors in interest to BEAR STEARNS, INC., and ENCORE CREDIT CORP., and Does 1-59, inclusive,<br><br>Defendants. | Case No:  C 10-04508 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND SETTING HEARING DATE** |

In their Updated Joint Case Management Statement filed on September 22, 2011, Dkt. 78, the parties indicate that they reached a settlement following private mediation, and that Plaintiffs intend to file a motion for preliminary approval of the class settlement. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file their motion for preliminary approval by no later than November 1, 2011.  The hearing on the motion will take place on **December 6, 2011, at 1:00 p.m.**  Briefing on the motion shall be in accordance with Civil Local Rule 7-3.

2. The Case Management Conference scheduled for September 29, 2011 is CONTINUED to December 6, 2011, and will follow the hearing on the motion for preliminary approval.

IT IS SO ORDERED.

Dated:  September 26, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge